**Opinion filed April 18, 2019**



# In The

# Eleventh Court of Appeals

_____

## No. 11-18-00344-CR

_____

## TIMOTHY PATRICK LEE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 17-4721**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order denying Timothy Patrick Lee's motion for appeal bond. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(g) (West 2018); TEX. R. APP. P. 33.1. After abating this case for a hearing in the trial court, we received notice from Appellant that he was scheduled to be released from custody on March 21, 2019. Appellant asserted that there is no reasonable explanation for continuing this appeal concerning his appeal bond. Appellant is essentially asserting that the appeal is now moot. *See Shockley v. State*, 717 S.W.2d 922, 923 (Tex. Crim.

App. 1986) (dismissing an appeal concerning bail on appeal because the matter was moot).

On April 3, 2019, after this appeal was reinstated, this court issued a letter to the parties in which we set out the following:

> A threshold question in any case is whether the court has jurisdiction over the pending controversy. *See State v. Roberts*, 940 S.W.2d 655, 657 (Tex. Crim. App. 1996). Appellate courts are prohibited from deciding moot controversies. *See Ex parte Preston*, 533 S.W.2d 820, 821 (Tex. Crim. App. 1976). Based upon our review of the record, we agree that this appeal is now moot. Accordingly, this appeal will be dismissed in ten days for want of jurisdiction unless a party files a document showing that the appeal is not moot.

The parties have not filed any response to this court's letter.

Accordingly, for the reasons set out in this court's April 3, 2019 letter, we dismiss this appeal for want of jurisdiction.

PER CURIAM

April 18, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.